IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THOMAS EDWARDS** | :  **CIVIL ACTION** |
| | : |
| **v.** | : |
| | : |
| **SUPERINTENDENT TICE, THE DISTRICT ATTORNEY OF THE COUNTY OF PHILADELPHIA and THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA** | : <br> : <br> : <br> : <br> :  **NO. 17-5583** |

## ORDER

**NOW**, this 25th day of November, 2020, upon consideration of the Petition for Writ of Habeas Corpus (Doc. No. 1), the Supplemental Petition for Writ of habeas Corpus Under 28 U.S.C. § 2254 (Doc. No. 11) and the Amended Supplemental Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2254 (Doc. No. 23), the respondents' responses, and the Report and Recommendation filed by United States Magistrate Judge Richard A. Lloret (Document No. 27) , and no objections to the Report and Recommendation having been filed, and after a thorough and independent review of the record, it is **ORDERED** that:

    1.    The Report and Recommendation of Magistrate Judge Richard A. Lloret is **APPROVED** and **ADOPTED**;

    2.    The Petition for Writ of *Habeas Corpus* is **DENIED**; and,

    3.    There is no probable cause to issue a certificate of appealability.

/s/ TIMOTHY J. SAVAGE J.